## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM ODONNELL,<br><br>                    Plaintiff,<br><br><br>                    v.<br><br>Walgreen Co.,<br><br>                    Defendant. | Civil Action No.: 1:26-cv-10890<br><br><br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that Plaintiff William Odonnell and Defendant Walgreen Co., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: May 22, 2026                                        Respectfully Submitted,


                                                EQUAL ACCESS LAW GROUP, PLLC
                                                *Attorneys for Plaintiff*

                                                **/s/ Michael Ohrenberger**
                                                By: Michael Ohrenberger
                                                4903 Avenue N,
                                                Brooklyn, NY 11234
                                                Tel: 716-281-5496
                                                Email: mohrenberger@ealg.law