UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**William Odonnell**
          Plaintiffs

v.                                                    Civil Action No. 1:26-cv-10890-RGS

**Walgreen Co.**
          Defendants

SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

       The Court having been advised by Counsel that this action has settled, IT IS
ORDERED that this action is hereby dismissed without costs and without prejudice to
the right of any party upon good cause shown within sixty (60) days to reopen the action
if settlement is not consummated.

                                                          By the Court,

5/22/2026                                        ___/S/ Nicole Cowan
      Date                                                  Docket Clerk